# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Melinda Denise Lopez<br>DOB: 1972; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-02938MJ |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 11, 2018, at or near Nogales, in the District of Arizona, Melinda Denise Lopez did knowingly and intentionally possess with intent to distribute 100 grams or more, but less than 1 kilograms of heroin, that is, approximately 277.85 grams of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 11, 2018, at approximately 4:45 a.m., Melinda Denise LOPEZ attempted to make entry into the United States at the Morley Gate pedestrian entrance of the DeConcini Port of Entry (POE) located in Nogales, Arizona. CBP officers noticed an abnormal bulge in her genital area. The CBP officers asked LOPEZ what she was carrying on her person and she replied, "A package." LOPEZ went to the secondary inspection area for further investigation.

During a secondary inspection, LOPEZ admitted to CBP officers that she was concealing narcotics on her person. A CBP canine officer and their service canine was then requested and the canine positively alerted to an odor he has been trained to detect on LOPEZ's person. A pat down of LOPEZ was performed with positive results. CBP officers found concealed in LOPEZ's genital area a package that was wrapped in brown packaging tape. A representative sample was taken from the package and field tested positive for the characteristics of heroin. The total approximate weight of the package was 277.85 grams.

After waiving her *Miranda* rights, LOPEZ stated that she needed money to pay the rent and provide for her children. Her ex-boyfriend told her that he had a friend that needed a package picked up and that she could make $500 for rent. LOPEZ stated that she was driven that day by her ex-boyfriend's friend to a house in Nogales, Sonora, Mexico and that the male friend gave her a package and told her to put it in her pants, which she did. LOPEZ stated that she was then told to cross the border and that he would pick her up at the McDonald's restaurant in Nogales, Arizona. LOPEZ stated that she did not ask what was in package but thought that it was something illegal and did not know what else it could be but drugs or maybe prescription pills. LOPEZ stated that she was going to be paid the $500 USD by the male friend once he picked her up at the McDonald's restaurant. LOPEZ further stated that she left her two minor children alone in a hotel in Tucson, Arizona, while she went to Nogales, Sonora, Mexico.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>HHB/ts<br>AUTHORIZED AUSA Heather H. Sechrist | SIGNATURE OF COMPLAINANT (official title)<br>D. Tyler DL<br>OFFICIAL TITLE<br>SPECIAL AGENT |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Leslie A. Bowman | DATE<br>March 12, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54