ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona
SUSANNA MARTINEZ
Assistant U.S. Attorney
State Bar No. 028938
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: susanna.martinez@usdoj.gov
Attorneys for Plaintiff

```
                    FILED ____ LODGED
                    RECEIVED ____ COPY

                    DEC 1 2 2018

                    CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                 BY_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States America, | 18-CR-0540-JAS (BPV) |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| vs. | VIO: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i)<br>(Possession with Intent to Distribute Heroin) |
| Melinda Denise Lopez, | |
| Defendant. | FELONY |

THE UNITED STATES ATTORNEY ALLEGES:

On or about March 11, 2018, at or near Nogales, in the District of Arizona, Melinda Denise Lopez did knowingly and intentionally possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(i).

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

12 Dec 2018
Date

/s/ Susanna Martinez
SUSANNA MARTINEZ
Assistant U.S. Attorney