DAN H. COOPER, BAR NO. 004900
Cooper & Udall, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-0540-JAS (BPV) |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **SENTENCING MEMORANDUM** |
| | ) | |
| MELINDA DENISE LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Melinda Lopez, through counsel, submits this sentencing memorandum on her behalf.  Ms. Lopez is scheduled to be sentenced on March 11, 2018 following her plea to violating 21 USC §841(a)(1) and 21 USC §841(b)(1)(B)(i). Then sentencing range under the plea is 33 to 55 months imprisonment.

**INTRODUCTION**

Melinda Lopez, at age 46, will be sentenced in March for her first felony. Her two children are in Child Protective Services custody while she awaits sentencing. Ms. Lopez has health issues, both physical and mental. There are compelling mitigation factors in Ms. Lopez' case.

**MITIGATING FACTORS**

    A.    CRIMINAL HISTORY

As noted in the pre-sentence report, Ms. Lopez is safety valve eligible pursuant to 18 USC §3553(f) and USG§5C1.2. This eligibility is based on her minimal criminal history. As noted above, Ms. Lopez has no prior felony convictions.  She has one misdemeanor conviction.  Her negligible criminal history is a mitigating factor.

B.     HEALTH

Ms. Lopez has cancer which is in remission, Although the pre-sentence report indicates the information is unverified, Ms. Lopez' medical records are in possession of the Bureau of Prisons. Undersigned counsel requested the records and has reviewed them. Counsel has sent a copy of the records to the probation officer who wrote the pre-sentence report. Of critical importance is that Ms. Lopez is not receiving the proper treatment she needs as she attempts to keep her cancer in remission. Her serious, life-threatening medical condition, is a mitigating factor.

And, although not addressed in the presentence report, it is apparent that Ms. Lopez has mental health issues.  Her demeanor and affect demonstrate the likelihood of clinical depression.  Moreover, Ms. Lopez has been the victim of repeated domestic abuse by her ex-husband.  Additionally, she also recently lost her long-time boyfriend when he suffered a heart attack.  That relationship was perhaps the first stable relationship she has had.  The abuse as well as her boyfriend's sudden death have clearly had an effect on Ms. Lopez' mental health which is also a mitigating factor.

C.     FAMILY SUPPORT AND REMORSE

Ms. Lopez has a caring, concerned family.  They will do everything to support her when she is released from custody. Letters from Ms. Lopez' family and friends have been attached. Ms. Lopez fully understands the pain she caused her family, particularly her children, by her actions. She is guilt-ridden and remorseful. She talks with her children

daily and knows that her behavior dramatically affected their lives. Her remorse will assist her in making appropriate changes in her life. The support from her family, as well as her own remorse, are mitigating factors.

**CONCLUSION**

Melinda Lopez made a monumental mistake when she carried drugs across the border attempting to earn $500. She put her freedom at risk but, more important, harmed her children. And, obviously, Ms. Lopez has jeopardized her own life. Cancer patients require vigilance and constant treatment. Incarceration is not the place for such treatment. Ms. Lopez should be punished but she is in a life or death situation and treatment for her cancer is a priority. The prison system will not offer the appropriate treatment. A substantially mitigated sentence will meet the requirements under the law of punishment and compassion.

RESPECTFULLY SUBMITTED this 4th day of March, 2019.

By s/ *Dan H. Cooper*
Dan H. Cooper