Honorable Judge Soto,

I would like to tell how truely sorry I am for what I did. I can't believe I was so "Stupid". I was raised better then this and I have tried to raise my children better then this. I should have never did what I did. I do know better.

I apologize to you and the community, but I mostly want to apologize to my children Domenick and Layla. I can't ever apologize enough to them, for hurting them the way I did. There is no way I could ever make up to them for all the pain I have caused them.

I plan to better myself while in prison, and use my time wisley. I have already completed 9 weeks of parenting classes, I have completed an Anger Management class. I intend to continue taking

as many self improvement classes I can while in prison.

I will never allow myself to get into trouble again and come back to prison ever again.

Again I apologize to you, the community and my children. I am truely sorry. Thank you for your time and consideration.

Sincerely
Melinda
Lopez

Dear Judge James Soto

My name is Domenick Lopez. I am 14 years old. My sister is Layla Lopez. She is 7 years old. My mom is Melinda Lopez.

I want to tell you about my mom. My mom is a good mom. She takes good care of us. My dad has never helped my mom. My mom has always done her best for us without my dad.

About 2 years ago my mom got cancer. She was sick and she still took care of us. She would take us to shool then take the bus to the doctors and pick us up after school. She tried to not get sick and lost her hair. But she did sometimes get sick. But she told us not to worry cause she loved

us to much to not leave us. Then she said the doctor said her cancer was gone.

When my mom got better we moved to Arizona to help our grandpa cause he had a stroke. He was a Bad Grandpa because he tried to touched my sister's private. But my mom stopped him. She got real mad and took us to a hotel to live. She said he wasn't going to hurt us or see us ever again.

Then a few weeks later my mom got a job with Postmates.com. She worked every day and took us with her. We had fun working with my mom. But then our truck needed new tires but she had to pay the rent. She said her friend is going to help her if she did him a favor. She said for me to watch my sister and left with her friend. But she didn't come back. The next morning

a lady came and took me and my sister to Foster Care.

I know my mom was in jail when she called 3 days later. We talk to my mom every week on the phone now. We miss being with my mom. We just want to have her back. She is a good mom and I know she just made a mistake. That's why I am writing you today to tell you to please know my mom is a good mom and we love my mom.

Thank you.

Domenick Lopez
and
Layla Lopez

To: The Honorable Judge James Soto,

      Greetings Judge Soto, my name is Aleah Gomez, I'm writing this letter in good faith in behalf of my good friend Melinda Lopez who is currently incarcerated at your facility. Melinda is an amazing mother and a beautiful person who had never been in any trouble with the law before this unfortune incident. Melinda's children have been sent to foster care due to this situation and they need their mother. She has always been a proactive mother in their lives and gave her life to do the best for her children. Everyone makes mistakes and my friend has learned from this bad choice she made over a year ago.

      Today's society is so corrupted, and some people need guidance to get back on the right track. I know for a fact she has understood her wrong doing and is on the path to righteousness. Melinda has always had a great attitude towards life and has always been full of joy. Unfortunately, she had to struggle like most of the people form our community.  However, her actions where not worth losing her children for this long. Children need their mothers and Melinda is a great mother and provider. Sometimes people fall victim to others due to manipulation, that being the case I know my friend was the victim more than she is the accused.  I've known Melinda most of our lives, I know her dreams and aspirations. Melinda has always been a well rounded up standing citizen of our community. She comes from a huge loving family who is missing her presence and will her support amongst her return to society.

      I hope this letter will help my friend come home to her family and friends soon. She has talked with me about continuing her education and finding a job to start a career. I am willing to help her find employment, I'm currently employed with a major healthcare organization in the medical field. I can provide tools to assist Melinda down the right path to success. She deserves a second chance and the opportunity to prove to her children that she is a good person. I know that this rehabilitation at your facility has given her a better outlook on what not to do. She tells me often how freedom is a blessing and that she will never want to be looked at as a menace to her society ever again. All she wants is to kiss her babies and watch them grow to the best adults they can possibly be.

      I like to thank you all for taking the time to read this letter, and I hope that you will consider releasing Melinda Lopez. Again, her children, family and all her friends thank you all for helping Melinda to realize her mistake. Thank you for making her a better individual.

Yours Truly,

*A. Gomez*

Aleah Gomez