ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
DAVID P. FLANNIGAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.flannigan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br>  vs.<br>Melinda Denise Lopez,<br><br>                 Defendant. | CR-18-00540-TUC-JAS(BPV)<br><br>SENTENCING MEMORANDUM |

       Plaintiff, United States of America, by its attorneys, ELIZABETH A. STRANGE, First Assistant United States Attorney, and DAVID P. FLANNIGAN, Assistant United States Attorney, pursuant to U.S.S.G. § 5K3.1, hereby submits its sentencing memorandum. In this regard, the government has no objection to the Presentence Investigation Report Guideline calculation of the Total Offense Level, including the application of a reductions for safety valve of two levels under U.S.S.G. § 5C1.2 and §2D1.1(a)(5) and for acceptance of responsibility of three levels under USSG § 3E1.1(a) and (b). The adjusted offense level of 19 at defendant's Criminal History Category I yields a sentencing range of 30 to 37 months, which is somewhat below the plea agreement provision floor of 33 months.

       The Plea Agreement does not provide for the application of a variance. However, the defendant's history as set forth in the Presentence Report is quite unhappy, and she may suffer from mental health issues. It appears that she would like to secure a unification of

her children with their grandmother, where she would like to join them. Under the circumstances, a variance may be in order in the discretion of the court, and the government will not object.

The government recommends a sentence at the low end of the plea agreement range, subject to any variance the court may apply. In addition, the government recommends that a 3-year period of supervised release be imposed upon the defendant to follow her incarceration term for the reason that it appears that the defendant may benefit from the services available.

Respectfully submitted this 8th day of March 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ David P. Flannigan*

DAVID P. FLANNIGAN
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 8th day of March, 2018

Dan Cooper, Esq.