Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant



| | |
|---|---|
| Name of Offender: | **Melinda Denise Lopez**       Case No.: **CR-18-00540-001-TUC-JAS** |
| Name of Judicial Officer: | **The Honorable James A. Soto**<br>**United States District Judge** |
| Date of Original Sentence: | **3/15/2019** |
| Original Offense: | **Count 1: Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(i), a Class B Felony** |
| Original Sentence: | **Time served (369 days) Bureau of Prisons, 36 months supervised release** |
| Type of Supervision: | **Supervised Release**       Date Supervision Commenced: **3/15/2019**<br>Date Supervision Expires: **3/14/2022** |
| Assistant U.S. Attorney: | **David Paul Flannigan**       Defense Attorney: **Dan H. Cooper**<br>**520-620-7300**                                                   **520-770-1414** |

T-SEALED

Petitioning the Court to issue a Warrant.

The probation officer alleges Melinda Denise Lopez has violated the following condition(s) of supervision:

**Allegation**     **Nature of Noncompliance**

A     **Mandatory Condition #3** which states, You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

1) On or about July 24, 2019, September 18, 2019, and October 21, 2019, Melinda Denise Lopez used a controlled substance as evidenced by a urine specimen she submitted which confirmed positive for the presence of amphetamines by the New Mexico Reginal Drug Laboratory, and her verbal admission to using methamphetamine on or about the listed dates. Grade C Violation §7B1.1(a)(3)

2) On or about September 14, 2019, Lopez used a controlled substance as evidenced by her verbal and written admission to using methamphetamine on or about the listed dates. Grade C Violation §7B1.1(a)(3)

cc: USA-Flannigan, PO, USM(2cc)       COPIES DISTRIBUTED

        3) On or about September 18, 2019 and October 21, 2019, Lopez used a controlled substance as evidenced by her verbal admission to using marijuana on or about the listed dates. Grade C Violation §7B1.1(a)(3) Revocation is mandatory 18 U.S.C. 3583(g)

B     **Standard Condition #2** which states, After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

        On or about December 11, 2019, Lopez was verbally directed to report by the undersigned to the probation office on December 12, 2019. Lopez did not report as instructed. Grade C violation. §7B1.1(a)(3)

C     **Special Condition #1** which states, You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

        As of January 9, 2020, Lopez has not participated in a program of substance abuse treatment as instructed by the probation officer both verbally and in writing. This is evidenced by COPE Behavioral Health documentation that Lopez has not participated a substance abuse program. Grade C violation §7B1.1(a)(3).

D     **Special Condition #2** which states, You must participate in a mental health assessment and follow any instructions by the probation officer or treatment provider, which may include taking prescribed medication. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

        As of January 9, 2020, Lopez has not participated in a program of mental health treatment as instructed by the probation officer both verbally and in writing. This is evidenced by COPE Behavioral Health documentation that Lopez has not completed a psychological evaluation. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Melinda Denise Lopez has violated the trust of the Court. A warrant is recommended as Melinda Denise Lopez will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

Page 3
RE: Melinda Denise Lopez
Petition to Revoke
January 15, 2020

_____  1/15/2020
Pauline N. Ware                    Date
U.S. Probation Officer
Office: 520-205-4572
Cell: 520-488-3620

_____  1/15/2020
Joy Zeitler                        Date
Supervisory U.S. Probation Officer
Office: 520-205-4578
Cell: 520-405-1269

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_____  1-22-2020
The Honorable James A. Soto        Date
United States District Judge