MICHAEL BAILEY
United States Attorney
District of Arizona
DAVID P. FLANNIGAN
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.flannigan@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br><br>Malinda Denise Lopez,<br><br>Defendant. | CR 18-00540-TUC-JAS(MSA)<br><br>DISPOSITION MEMORANDUM |

Plaintiff, United States of America, by its attorneys, MICHAEL BAILEY, United States Attorney, and DAVID P. FLANNIGAN, Assistant United States Attorney, hereby recommends that the court terminate the defendant's supervised release, sentence the defendant to 8 months in prison, with time served, and not place her on any additional release. The government makes this recommendation in light of the Probation Department's recommendation and given her physical health problems.

Respectfully submitted this 12th day of August, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/David P. Flannigan*

DAVID P. FLANNIGAN
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 12th day of August, 2020, to:

Dan H. Cooper, Esq.
Pauline N. Ware, US. Probation Officer