# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**United States of America**

v.

**Melinda Denise Lopez**

No.  CR-18-00540-001-TUC-JAS (MSA)

**JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE**

Rubin Salter, Jr. (CJA)
Attorney for Defendant

USM#: 08429-408

On 3/15/2019 the defendant, present with counsel, appeared for sentencing for violating, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B)(i), Possession with Intent to Distribute Heroin, Class B Felony offense, as charged in the Information.

The defendant was sentenced to a term of imprisonment of **TIME SERVED** and upon release, **THREE (3) YEARS** of supervised release to follow.

On 1/23/2020 the United States Probation Office filed a petition to revoke the term of supervised release.

On 4/8/2021 the defendant appeared with counsel and admitted allegation(s) 1 as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 3/15/2019 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED**, with no term of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

Case 4:18-cr-00540-JAS-MSA   Document 86   Filed 08/16/21   Page 2 of 2

CR-18-00540-001-TUC-JAS (MSA)  Page 2 of 2
USA vs. Melinda Denise Lopez

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

Date of Imposition of Sentence: **Monday, August 16, 2021**

Dated this 16th day of August, 2021.

Honorable James A. Soto
United States District Judge